In the Matter of VINCENT J. RUSSO, an Attorney, Respondent. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Petitioner.

First Department, July 5, 1973.

*John G. Bonomi* of counsel (*Ronald Eisenman* with him on the brief), for petitioner.

*Philip J. Caputo* for respondent.

*Per Curiam.* Three charges of professional misconduct were alleged against respondent who was admitted to the Bar in the Second Judicial Department on October 28, 1936 and two of those charges were sustained by the Referee herein. Those two charges involve respondent's failure to respond or report to petitioner, which had requested information from him concerning his alleged handling of two matters. The matters under investigation by petitioner were minor in nature but respond-

ent's reasons for failing to co-operate are not acceptable under the circumstances.

The report of the Referee is confirmed and respondent is censured for his misconduct.

MARKEWICH, J. P., NUNEZ, LANE, STEUER and CAPOZZOLI, JJ., concur.